```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | NO. 10-00059-1 |
| v. | : | |
| | : | |
| MICHAEL SPIVEY. | : | |

**ORDER**

**AND NOW,** this **8th** day of **July, 2020,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's motion for compassionate release (ECF No. 277) is **DENIED.**

**AND IT IS SO ORDERED.**

/s/ *Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**